**Opinion issued March 26, 2019**



In The

# Court of Appeals

### For The

# First District of Texas

_____

## NO. 01-18-00588-CV

_____

## IN RE GORDON PARSONS AND BEVERLY PARSONS, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, Gordon Parsons and Beverly Parsons, filed a petition for writ of mandamus.[1]  Relators sought to vacate the Honorable Jerri Lee Mills's "Order Denying Plaintiff's Motion to Reopen Discovery, Motion to Remove Suit from Expedited-Actions Process and Motion to Supplement Expert Discovery," and to

---

[1]     The underlying proceeding is *Gordon Parsons and Beverly Parsons v. Texas Bulkhead and Construction, LLC, and Clifton Schoen, Individually and d/b/a Texas Bulkhead Construction*, Cause No. CI54724, in the County Court at Law No. 1 and Probate Court, Brazoria County, the Honorable Greg Hill presiding.

issue an order granting those motions. After the case was abated, an abatement hearing record was filed on January 31, 2019, of the January 25, 2019 motions hearing held before the new respondent, the Honorable Greg Hill. *See* TEX. R. APP. P. 7.2(b). On March 7, 2019, a supplemental clerk's record was filed attaching two orders signed by Judge Hill on January 25, 2019, denying relators' "Motion to Supplement Expert Discovery" under the expedited-actions process, but granting relators' "Motion to Remove Suit from Expedited-Actions Process and Motion to Reopen Discovery."

The Clerk of this Court's March 8, 2019 notice of intent to dismiss notified relators that this mandamus petition might be dismissed as moot unless they responded within ten days of that notice. *Cf.* TEX. R. APP. P. 42.3(a); *see, e.g.*, *In re Jackson*, No. 01–12–00020–CV, 2012 WL 405707, at *1 (Tex. App.—Houston [1st Dist.] Feb. 9, 2012, orig. proceeding) (mem. op.) (dismissing mandamus petition as moot after relator received relief requested). Relators failed to file a timely response.

Accordingly, the Court reinstates this case and dismisses the petition as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Landau.

2